**David N. Salmon, Esq.** (Nevada Bar #7168)
**DAVID SALMON & ASSOCIATES, Inc.**
7495 W. Azure Dr., Suite 102
Las Vegas, NV 89130
Phone (702) 382-9696
Fax (702) 382-9697
dsalmon@dsalmonlaw.com
*Attorneys for Plaintiff William Eddins*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| WILLIAM EDDINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA DEL RIO, LLC, a limited liability company, DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40.<br><br>Defendants. | CASE No.: 2:23-CV-01957<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff WILLIAM EDDINS hereby gives notice that this action is voluntarily dismissed with prejudice. Defendant PLAZA DEL RIO, LLC, a limited liability company, has not served an answer or motion for summary judgment in this action. Each party shall bear their own attorneys' fees and costs.

DATED this __10__ day of April, 2024.

DAVID SALMON & ASSOCIATES, INC.

_____
David N. Salmon, Esq.
Nevada Bar No.: 7168
7495 W. Azure Drive, Suite 224
Las Vegas, NV 89130
*Attorneys for Plaintiff William Eddins*

Notice of Voluntary Dismissal